# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEJANDRO DEJESUS, | No. 4:21-CV-00303 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN, SCI-MAHANOY | |
| Respondent. | |

## ORDER

**AND NOW**, this 24th day of February 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. This Court's Thirty Day Administrative Order (Doc. 4) is **VACATED.**

3. Financial information and Petitioner's pending motion for appointment of counsel shall be left to the discretion of the transferee court.

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge